# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 11, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152613(65)

THE LUBRIZOL CORPORATION,
      Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
      Defendant-Appellee.
_____/

SC: 152613
COA: 325541
Ct of Claims: 14-000143-MT

On order of the Chief Justice, the motion for the temporary admission of out-of-state attorneys Jonathan A. Feldman and Eric A. Tresh to appear and practice on behalf of plaintiff-appellant under MCR 8.126(A) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 11, 2015

